```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
       CIVIL DOCKET ENTRIES FOR CASE A04-0290--CV (JKS)
             "DOORS & WINDOWS UNLIMITED INC V KEMPER"

       Including terminated parties, excluding terminated counsel
```

```
  Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
 Magistrate Judge:
    Referral Rule:
           Filed: 12/16/04
          Closed: NO

     Jurisdiction: (4) Diversity (see citizenship of parties)
    PLF Diversity: (4) Incorporated or Principal Place of Business in This State
    DEF Diversity: (5) Incorporated and Principal Place of Business in Another State

   Nature of Suit: (110) Insurance

           Origin: (2) Removed from State Court
           Demand: 55
       Filing fee: Paid $150.00 on 12/16/04 receipt # 00124714
         Trial by: Court
```

| Parties of Record: | Counsel of Record: |
|---|---|
| PLF 1.1    DOORS & WINDOWS UNLIMITED INC | Grant E. Watts<br>Holmes Weddle & Barcott<br>701 W. 8th Avenue, Suite 700<br>Anchorage, AK 99501<br>907-222-8427<br>FAX 907-277-4657 |
| DEF 1.1    KEMPER CASUALTY INSURANCE CO | Michael W. Seville<br>Burr Pease et al<br>810 N Street<br>Anchorage, AK 99501<br>907-276-6100<br>FAX 907-258-2530 |

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CIVIL DOCKET ENTRIES FOR CASE A04-0290--CV (JKS)
                        "DOORS & WINDOWS UNLIMITED INC V KEMPER"

                                   For all filing dates


  Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
  Magistrate Judge:
    Referral Rule:
            Filed: 12/16/04
           Closed: NO

     Jurisdiction: (4) Diversity (see citizenship of parties)
    PLF Diversity: (4) Incorporated or Principal Place of Business in This State
    DEF Diversity: (5) Incorporated and Principal Place of Business in Another State

   Nature of Suit: (110) Insurance

           Origin: (2) Removed from State Court
           Demand: 55
       Filing fee: Paid $150.00 on 12/16/04 receipt # 00124714
         Trial by: Court


Document #   Filed       Docket text
_____

     1 -  1  12/16/04    DEF 1 Notice of Removal from Alaska Superior Crt 3AN-04-12758CI w/att
                         exhs.

     2 -  1  12/16/04    DEF 1 Attorney Appearance of M. Seville (BURR).

     3 -  1  12/16/04    DEF 1 Answer to Complaint.

     4 -  1  12/20/04    JKS Minute Order to Petitioner Subsequent to Removal.  Petitioner to
                         file w/i 10 days copies of state crt docs and svc list. cc: cnsl

     5 -  1  12/21/04    JKS Minute Order re: initial case stat rpt/case S&P; Rule 16(b) rpt is
                         due w/in 28 days from svc of this ord. cc: cnsl

     6 -  1  12/22/04    DEF 1 Service List.

     7 -  1  12/28/04    DEF 1 Certification of filing superior crt records w/att exhs.

     8 -  1  02/02/05    JKS Minute Order (2nd notice) re: initial case stat rpt/case S&P; Rule
                         16(b) rpt due w/in 15 days. cc: cnsl

     9 -  1  02/17/05    PLF 1; DEF 1 Scheduling & Planning Conference Report.

    10 -  1  02/28/05    JKS Scheduling and Planning Order setting pretrial deadlines: Original
                         discovery 09/01/05; Dispositive motions deadline 10/01/05; Estimate of
                         trial 6 days; TBC. cc: cnsl

    11 -  1  03/17/05    DEF 1 Disclosure Statement.

    12 -  1  05/24/05    PLF 1 Preliminary Witness List.

    13 -  1  06/02/05    PLF 1; DEF 1 Stipulated request to stay proceedings pending mediation.

    14 -  1  06/06/05    JKS Order granting stipulated request to stay proceedings pending
                         mediation (13-1); parties report due 7/8/04 advising of the status of
                         the mediation. cc: cnsl

    15 -  1  07/01/05    PLF 1; DEF 1 Stipulation to ext stay of proceedings pending rescheduled
                         mediation.

ACRS: R_VDSDX               As of 12/01/05 at 3:22 PM by GARRY                         Page 1
```

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                     CIVIL DOCKET ENTRIES FOR CASE A04-0290--CV (JKS)
                         "DOORS & WINDOWS UNLIMITED INC V KEMPER"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 16 - 1 | 07/07/05 | JKS Order granting stipulation to ext stay of proceedings pending rescheduled mediation in related case (15-1); parties to file report by 8/30/05 advising the status of the mediation. cc: cnsl |
| 17 - 1 | 09/12/05 | PLF 1; DEF 1 Notice & Stipulation to ext stay of proceedings. |
| 18 - 1 | 09/13/05 | JKS Order granting stipulation to ext stay of proceedings (17-1); parties report due 10/7. cc: cnsl |
| 19 - 1 | 10/27/05 | PLF 1; DEF 1 Stipulation to ext stay of proceedings. |
| 20 - 1 | 11/04/05 | JKS Minute Order granting stipulation to ext stay of proceedings (19-1); parties to file a report by 12/2/05 advising the crt as to whether negotiations were succesful on the resolving issues in this case or if there are issues left to be determined. cc: cnsl |