**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

 DOORS & WINDOWS UNLIMITED INC   v.   KEMPER CASUALTY INSURANCE 

THE HONORABLE JAMES K. SINGLETON, JR.

DEPUTY CLERK                                            CASE NO.  3:04-CV-00290-JKS 

 Dan Maus 

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**    DATE: January 13, 2006

      A minute order requiring a status report was issued in this case, and no timely report was filed. Counsel for Plaintiff shall file a status report within 15 days from the date of this minute order, unless closing papers are sooner filed.

[ ]{IA.WPD*Rev.12/96}