Michael W. Seville, Esq.
BURR, PEASE & KURTZ
810 N Street
Anchorage, AK 99501-3293
Telephone:  (907) 276-6100
Fax No.:    (907) 258-2530

Attorneys for Kemper Insurance Companies

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DOORS & WINDOWS UNLIMITED, INC.,<br><br>　　　　　　　　　Plaintiff,<br>　v.<br><br>KEMPER CASUALTY INSURANCE COMPANY A/K/A KEMPER INSURANCE COMPANIES,<br><br>　　　　　　　　　Defendant. | Case No. A04-0290CV (JKS) |

### STATUS REPORT AND STIPULATED REQUEST TO EXTEND STAY OF PROCEEDINGS

The parties previously requested, and were granted, a stay of the pretrial deadlines pending mediation in a related state court case. More specifically, that mediation involved the case that gave rise to the plaintiff's claims against its insurer in this court. Although settlement negotiations have occurred at a glacial pace, it appears

BURR, PEASE & KURTZ
A PROFESSIONAL CORPORATION
810 N STREET
ANCHORAGE, AK 99501
(907) 276-6100

STATUS REPORT AND STIPULATED REQUEST
TO EXTEND STAY OF PROCEEDINGS
*Doors & Windows v. Kemper Casualty Ins. Co.* / Case No. A04-0290 CV (JKS)
2449-57/ # 80261

PAGE 1 OF 3

that agreement on terms has been accomplished as of approximately January 25, 2006 and a draft settlement agreement is circulating. The settlement of that case is anticipated to be complete by February 24, 2006.

Assuming that case is finally settled, the parties before this court are hopeful that they will be able to resolve any remaining issues in this proceeding without further court proceedings. The parties, therefore, request continuation of the stay now in effect until those negotiations are completed. The parties will either file closing papers or a report to the court by March 15, 2006, advising the court as to whether further proceedings are necessary.

                                  HOLMES WEDDLE & BARCOTT PC
                                  Attorneys for Plaintiff
                                  Doors & Windows Unlimited, Inc.

DATED: January 30, 2006          By _____
                                  Grant E. Watts
                                  701 West 8th Avenue, Suite 700
                                  Anchorage, AK 99501
                                  Phone: (907) 222-8427
                                  Fax:   (907) 277-4657
                                  Email:  gwatts@HWB-Law.com
                                  Alaska Bar # 8609090

BURR, PEASE
& KURTZ
A PROFESSIONAL CORPORATION
810 N STREET
ANCHORAGE, AK 99501
(907) 276-6100

STATUS REPORT AND STIPULATED REQUEST
TO EXTEND STAY OF PROCEEDINGS                           PAGE 2 OF 3
*Doors & Windows v. Kemper Casualty Ins. Co.* / Case No. A04-0290 CV (JKS)
2449-57/ # 80261

BURR, PEASE & KURTZ
Attorneys for Defendants
Kemper Casualty Insurance Company
a/k/a Kemper Insurance Companies

DATED: January 30, 2006

By _____
Michael W. Seville
810 N Street
Anchorage, AK 99501
Phone: (907) 276-6100
Fax:   (907) 258-2530
E-mail: ms@bpk.com
Alaska Bar # 8810203

CERTIFICATE OF SERVICE

I certify that on the 30th day of January, 2006, a copy of the above and foregoing pleading was served electronically upon:

Grant E. Watts, Esquire
Holmes, Weddle & Barcott PC
701 West 8th Avenue, Suite 700
Anchorage, AK 99501

S/Michael W. Seville
   Michael W. Seville

BURR, PEASE & KURTZ
A PROFESSIONAL CORPORATION
810 N STREET
ANCHORAGE, AK 99501
(907) 276-6100

STATUS REPORT AND STIPULATED REQUEST
TO EXTEND STAY OF PROCEEDINGS
*Doors & Windows v. Kemper Casualty Ins. Co.* / Case No. A04-0290 CV (JKS)
2449-57/ # 80261

PAGE 3 OF 3