Michael W. Seville, Esq.
BURR, PEASE & KURTZ
810 N Street
Anchorage, AK  99501-3293
Telephone:    (907) 276-6100
Fax No.:        (907) 258-2530
E-mail:          ms@bpk.com

Attorneys for Kemper Insurance Companies

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DOORS & WINDOWS UNLIMITED, INC.,<br><br>　　　　　　　Plaintiff,<br>　　v.<br><br>KEMPER CASUALTY INSURANCE COMPANY A/K/A KEMPER INSURANCE COMPANIES,<br>　　　　　　　Defendant. | Case No. A04-0290CV (TMB) |

### JOINT STATUS REPORT

The parties previously requested, and were granted, a stay of the pretrial

deadlines pending mediation in a related state court case.  More specifically, that

mediation involved the case that gave rise to the plaintiff's claims against its insurer in

this court.  Although settlement negotiations have occurred at a glacial pace, it appears

that agreement on terms has been accomplished as of approximately January 25, 2006

and a draft settlement agreement is circulating.  The settlement of that case is anticipated

to be complete by February 24, 2006.

Assuming that case is finally settled, the parties before this court are hopeful that

they will be able to resolve any remaining issues in this proceeding without further court

proceedings.   A Stipulated Request to Extend Stay of Proceedings and proposed Order is

being filed simultaneously herewith.

HOLMES WEDDLE & BARCOTT PC
Attorneys for Plaintiff
Doors & Windows Unlimited, Inc.

DATED:   February 2, 2006          By   s/Grant E. Watts (consent)
                                        Grant E. Watts
                                        701 West 8th Avenue, Suite 700
                                        Anchorage, AK 99501
                                        Phone: (907) 222-8427
                                        Fax:    (907) 277-4657
                                        Email:  gwatts@HWB-Law.com
                                        Alaska Bar # 8609090


BURR, PEASE & KURTZ
Attorneys for Defendants
Kemper Casualty Insurance Company
a/k/a Kemper Insurance Companies

DATED:  February 2, 2006          By   s/  Michael W. Seville
                                        Michael W. Seville
                                        810 N Street
                                        Anchorage, AK 99501
                                        Phone: (907) 276-6100
                                        Fax:    (907) 258-2530
                                        E-mail: ms@bpk.com
                                        Alaska Bar # 8810203

CERTIFICATE OF SERVICE

I certify that on the 2nd day of February, 2006, a
copy of the above and foregoing pleading was
served electronically upon:

Grant E. Watts, Esquire
Holmes, Weddle & Barcott PC
701 West 8th Avenue, Suite 700
Anchorage, AK 99501

S/Michael W. Seville
    Michael W. Seville