Michael W. Seville, Esq.
BURR, PEASE & KURTZ
810 N Street
Anchorage, AK  99501-3293
Telephone:   (907) 276-6100
Fax No.:       (907) 258-2530
E-mail:         ms@bpk.com

Attorneys for Kemper Insurance Companies

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DOORS & WINDOWS UNLIMITED, INC.,<br><br>              Plaintiff,<br>   v.<br><br>KEMPER CASUALTY INSURANCE COMPANY A/K/A KEMPER INSURANCE COMPANIES,<br>              Defendant. | Case No. A04-0290CV (TMB) |

### STIPULATED REQUEST TO EXTEND STAY OF PROCEEDINGS

The parties previously requested, and were granted, a stay of the pretrial deadlines pending mediation in a related state court case.  As set out in the Joint Status Report filed contemporaneously herewith, it appears that an agreement in that related case has been accomplished.  The settlement of that case is anticipated to be complete by February 24, 2006.

Assuming that case is finally settled, the parties before this court are hopeful that they will be able to resolve any remaining issues in this proceeding without further court proceedings. The parties therefore request continuation of the stay now in effect until those negotiations are completed. The parties will either file closing papers or a report to the court by March 15, 2005, advising the court as to whether further proceedings are necessary.

|  |  |
|---|---|
|  | HOLMES WEDDLE & BARCOTT PC<br>Attorneys for Plaintiff<br>Doors & Windows Unlimited, Inc. |
| DATED: February 2, 2006 | By s/Grant E. Watts (consent)<br>Grant E. Watts<br>701 West 8th Avenue, Suite 700<br>Anchorage, AK 99501<br>Phone: (907) 222-8427<br>Fax:   (907) 277-4657<br>Email: gwatts@HWB-Law.com<br>Alaska Bar # 8609090 |
|  | BURR, PEASE & KURTZ<br>Attorneys for Defendants<br>Kemper Casualty Insurance Company<br>a/k/a Kemper Insurance Companies |
| DATED: February 2, 2006 | By s/ Michael W. Seville<br>Michael W. Seville<br>810 N Street<br>Anchorage, AK 99501<br>Phone: (907) 276-6100<br>Fax:   (907) 258-2530<br>E-mail: ms@bpk.com<br>Alaska Bar # 8810203 |

CERTIFICATE OF SERVICE

I certify that on the 2nd day of February, 2006, a copy of the above and foregoing pleading was served electronically upon:

Grant E. Watts, Esquire
Holmes, Weddle & Barcott PC
701 West 8th Avenue, Suite 700
Anchorage, AK 99501

S/Michael W. Seville
  Michael W. Seville