Michael W. Seville, Esq.
BURR, PEASE & KUTZ
810 N Street
Anchorage, AK  99501-3293
Telephone:   (907) 276-6100
Fax No.:        (907) 258-2530
E-mail:          ms@bpk.com

Attorneys for Kemper Insurance Companies

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DOORS & WINDOWS UNLIMITED, INC.,<br><br>        Plaintiff,<br><br>  v.<br><br>KEMPER CASUALTY INSURANCE COMPANY A/K/A KEMPER INSURANCE COMPANIES,<br><br>        Defendant. | Case No. A04-0290CV (TMB) |

## [PROPOSED] ORDER GRANTING STIPULATED REQUEST
## TO EXTEND STAY OF PROCEEDINGS

      The parties having stipulated to extend the stay in the proceedings pending

completion of continued negotiations in a related case,

[PROPOSED] ORDER GRANTING STIPULATED REQUEST
TO EXTEND STAY OF PROCEEDINGS    PAGE 1 OF 2
*Doors & Windows  v. Kemper Casualty Ins. Co. / Case No. A04-0290 CV (JKS)*    2449-57/ # 81799

IT IS ORDERED that the parties' Stipulated Request to Extend Stay of Proceedings is granted. The parties shall either file closing papers or a report to the court by March 15, 2005, advising the court as to whether further proceedings are necessary.

DATED this ____ day of _____, 2006

_____
Timothy M. Burgess
U.S. District Court Judge

CERTIFICATE OF SERVICE

I certify that on the 2nd day of February, 2006, a copy of the above and foregoing pleading was served electronically upon:

Grant E. Watts, Esquire
Holmes, Weddle & Barcott PC
701 West 8th Avenue, Suite 700
Anchorage, AK 99501

S/Michael W. Seville
   Michael W. Seville