Michael W. Seville, Esq.
BURR, PEASE & KURTZ
810 N Street
Anchorage, AK  99501-3293
Telephone:   (907) 276-6100
Fax No.:        (907) 258-2530
E-mail:          ms@bpk.com

Attorneys for Kemper Insurance Companies

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DOORS & WINDOWS UNLIMITED, INC.,<br><br>                Plaintiff,<br>     v.<br><br>KEMPER CASUALTY INSURANCE COMPANY A/K/A KEMPER INSURANCE COMPANIES,<br>                Defendant. | **JOINT STATUS REPORT**<br><br>Case No. A04-0290CV (TMB) |

The parties have reached a settlement agreement in this case and expect to file a stipulation to dismiss in the near future.

                                            HOLMES WEDDLE & BARCOTT PC
                                            Attorneys for Plaintiff
                                            Doors & Windows Unlimited, Inc.

DATED:  March 14, 2006          By   s/Grant E. Watts (consent)
                                                 Grant E. Watts
                                                 701 West 8th Avenue, Suite 700
                                                 Anchorage, AK 99501
                                                 Phone: (907) 222-8427
                                                 Fax:     (907) 277-4657
                                                 Email:  gwatts@HWB-Law.com
                                                 Alaska Bar # 8609090

|  |  |
|---|---|
|  | BURR, PEASE & KURTZ<br>Attorneys for Defendants<br>Kemper Casualty Insurance Company<br>a/k/a Kemper Insurance Companies |
| DATED:  March 14, 2006 | By  s/  Michael W. Seville<br>     Michael W. Seville<br>     810 N Street<br>     Anchorage, AK 99501<br>     Phone: (907) 276-6100<br>     Fax:    (907) 258-2530<br>     E-mail: ms@bpk.com<br>     Alaska Bar # 8810203 |

CERTIFICATE OF SERVICE

I certify that on the 14th day of March, 2006, a copy of the above and foregoing pleading was served electronically upon:

Grant E. Watts, Esquire
Holmes, Weddle & Barcott PC
701 West 8th Avenue, Suite 700
Anchorage, AK 99501

S/Michael W. Seville
   Michael W. Seville