Grant E. Watts, Esq.
HOLMES WEDDLE & BARCOTT, P.C.
701 W. Eighth Avenue, Suite 700
Anchorage, Alaska 99501-3408
Phone: (907) 274-0666
Fax: (907) 277-4657
E-mail: gwatts@hwb-law.com

Attorneys for Plaintiff Doors & Windows Unlimited, Inc.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DOORS & WINDOWS UNLIMITED, INC., <br><br> Plaintiff, <br><br> vs. <br><br> KEMPER CASUALTY INSURANCE COMPANY AKA KEMPER INSURANCE COMPANIES, <br><br> Defendant. | Case No. 3:04-cv-00290-TMB <br><br> **STIPULATION FOR DISMISSAL WITH PREJUDICE AND WITHOUT COSTS** |

COME NOW Plaintiff Doors & Windows Unlimited, Inc. and Defendant Kemper Casualty Insurance Company aka Kemper Insurance Companies, by and through their counsel of record, and hereby stipulate and agree that all claims asserted or assertable by either party in this action are hereby dismissed with prejudice, each party to bear its own costs and attorney's fees, the parties having amicably resolving their differences.

Page 1 of 3

HOLMES WEDDLE & BARCOTT, PC
Attorneys for Plaintiff
Doors & Windows Unlimited, Inc.

DATED: 3/31/06

By: _____
Grant E. Watts
701 West 8th Avenue, Suite 700
Anchorage, AK 99501
Phone: (907) 222-8427
Fax: (907) 277-4657
Email: gwatts@hwb-law.com
Alaska Bar # 8609090

BURR, PEASE & KURTZ
Attorneys for Kemper Casualty Insurance
Company aka Kemper Insurance
Companies

DATED: 4/12/06

By: _____
Michael W. Seville, Esq.
810 N Street
Anchorage, AK 99501-3293
Telephone: (907) 276-6100
Fax No.: (907) 258-2530
E-mail: ms@bpk.com

HOLMES WEDDLE & BARCOTT, PC
701 WEST EIGHTH AVENUE, SUITE 700
ANCHORAGE, ALASKA 99501-3408
TELEPHONE (907) 274-0666

## [PROPOSED] ORDER

IT IS HEREBY ORDERED that the above-captioned case (including all claims asserted or assertable therein) is dismissed <u>with prejudice</u>, with each party to bear their own costs and attorneys' fees.

DATED this _____ day of April, 2006, at Anchorage, Alaska.

_____
Timothy M. Burgess
U.S. District Court Judge

HOLMES WEDDLE & BARCOTT, PC
701 WEST EIGHTH AVENUE, SUITE 700
ANCHORAGE, ALASKA 99501-3408
TELEPHONE (907) 274-0666