MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA


*Doors & Windows Unlimited, Inc. v. Kemper Cas. Ins. Co.*
Case No. 3:04-cv-0290-TMB


By:             THE HONORABLE TIMOTHY M. BURGESS


PROCEEDINGS:    ORDER FROM CHAMBERS

     Based on the parties' stipulation at Docket No. 29, this matter is **DISMISSED WITH PREJUDICE**. Each party shall bear its own costs.

     **IT IS SO ORDERED.**



Entered at the direction of the Honorable Timothy M. Burgess, United States District Judge.


DATE:  April 17, 2006


T:\Doors & Windows.wpd